FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUN -3 PM 2: 45
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR 491-176
)
LEVON BAZEMORE )

### O R D E R

Defendant Levon Bazemore's motion to supplement his motion to reduce sentence under 18 U.S.C. § 3582(c)(2) with exhibits (doc. no. 1485) is **GRANTED**. The motion and attached exhibits are part of the record of the case and will be duly considered.

**ORDER ENTERED** this 3rd day of June 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUN -1 2015
CLERK _____
SO. DIST. OF GA

LEVON BAZEMORE,　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　 )
　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　 )　　CR491-176
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　 )
　　　　　　　　　　　　　　　)
　　　　Respondent.　　　　　 /

MOTION TO SUPPLEMENT EXHIBIT PACKAGE OF PENDING TITLE 18 U.S.C. § 3582(C)(2) MOTION WITH BAZEMORE'S ACCOMPLISHMENTS AS A CERTIFIED RESIDENTIAL WIRING TECHNICIAN COUPLED WITH THE FACT THAT BAZEMORE IS CURRENTLY A PEER/MENTOR IN THE SKILLS PROGRAM TO ASSIST PSYCHOLOGY DEPARTMENT WITH FEDERAL INMATES WHO HAVE POOR LIVING SKILLS, INTELLECTUAL AND SOCIAL DEFICIENCIES.

Comes now the above named Petitioner who proceeds pro se, hereby respectfully moves this Honorable Court to permit the pending title 18 U.S.C. § 3582(c)(2) motion to be supplemented with Bazemore's recently received certification as a Residential Wiring Technician (Exhibit A), coupled with the fact, Bazemore is currently enrolled and operating in the capacity of a peer/mentor in the Skills Program which operates under the psychology department here at FCC Coleman.

It is important to note that prior to Bazemore's medical transfer from FCI Jesup to FCC Coleman, Bazemore obtained his certification as a technician in Heating, Ventilation and Air Conditioning ("HVAC") from Altamaha Technical College. (See exhibit attached to Exhibit A of exhibit package in support of pending § 3582(c)(2) motion)).