# UNITED STATES DISTRICT COURT

## for the

### Southern District of Georgia
### Savannah Division

**FILED**
U.S. DISTRICT COURT
SAVANNAH DIV.

**JUN 26 2015**

CLERK_____
SO. DIST. OF GA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  4:91CR00176-4 |
| Levon Bazemore | ) | USM No:  07654-021 |
| | ) | |
| Date of Original Judgment:        June 26, 1992 | ) | Richard Darden |
| Date of Previous Amended Judgment: | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  [X] the defendant  [ ] the Director of the Bureau of Prisons  [ ] the court under 18 U.S.C.

§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     life plus 60     months **is reduced to**    322 months (262 months as to Ct 1 and 12 months as to Ct 3, to be served concurrently plus a consecutive 60 months as to Ct 2).

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated        June 26, 1992        shall remain in effect.
**IT IS SO ORDERED.**

Order Date:        06·LT·15

_____
*Judge's signature*

Effective Date: November 1, 2015
        *(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*